# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>CENTER CITY HEALTHCARE, LLC d/b/a HAHNEMANN UNIVERSITY HOSPITAL, *et al.*,[1]<br><br>    Debtors. | Chapter 11<br><br>Case No. 19-11466 (MFW)<br><br>(Jointly Administered) |
| CENTER CITY HEALTHCARE, LLC, d/b/a HAHNEMANN UNIVERSITY HOSPITAL,<br><br>    Plaintiff,<br><br>v.<br><br>KEYSTONE QUALITY TRANSPORT, INC.,<br><br>    Defendant. | Adv. Proc. No. 21-50903 (MFW) |

## STIPULATION EXTENDING PRE-TRIAL DATES AND DEADLINES

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Center City Healthcare, LLC d/b/a Hahnemann University Hospital and Defendant Keystone Quality Transport, Inc., by and through their undersigned counsel, that the last day for all non-expert fact discovery including depositions of fact witnesses set forth in the *Order Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Debtors Pursuant to Sections 502, 547, 548 and 550 of the Bankruptcy Code* entered by the Court on September 21, 2021 [Docket No. 9] shall be extended from May 31, 2022 to June 30, 2022.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Center City Healthcare, LLC (3341), Philadelphia Academic Health System, LLC (8681), St. Christopher's Healthcare, LLC (8395), Philadelphia Academic Medical Associates, LLC (8165), HPS of PA, L.L.C. (1617), SCHC Pediatric Associates, L.L.C. (0527), St. Christopher's Pediatric Urgent Care Center, L.L.C. (6447), SCHC Pediatric Anesthesia Associates, L.L.C. (2326), StChris Care at Northeast Pediatrics, L.L.C. (4056), TPS of PA, L.L.C. (4862), TPS II of PA, L.L.C. (5534), TPS III of PA, L.L.C. (5536), TPS IV of PA, L.L.C. (5537), and TPS V of PA, L.L.C. (5540). The Debtors' mailing address is 216 North Broad Street, 4th Floor, Philadelphia, Pennsylvania 19102.

| **SAUL EWING ARNSTEIN & LEHR LLP** | **KURTZMAN STEADY, LLC** |
|---|---|
| */s/ Monique B. DiSabatino* | */s/ Jeffrey Kurtzman* |
| John D. Demmy (DE Bar No. 2802) | Jeffrey Kurtzman, Esquire |
| Monique Bair DiSabatino (DE Bar No. 6027) | 555 City Avenue, Suite 480 |
| 1201 N. Market Street, Suite 2300 | Bala Cynwyd, PA 19004 |
| P.O. Box 1266 | Telephone: (215) 839-1222 |
| Wilmington, DE 19899-1266 | kurtzman@kurtzmansteady.com |
| Telephone: (302) 421-6800 | |
| john.demmy@saul.com | -and- |
| monique.disabatino@saul.com | |
| | **OFFIT KURMAN** |
| -and- | |
| | */s/ Jeffrey M. Carbino* |
| Michelle G. Novick | Jeffrey M. Carbino (DE Bar No. 4062) |
| 161 North Clark, Suite 4200 | 222 Delaware Avenue, Suite 1105 |
| Chicago, IL 60601 | Wilmington, DE 19801 |
| Telephone: (312) 876-7899 | Telephone: (302) 351-0912 |
| Fax: (312) 876-7349 | jeff.carbino@offitkurman.com |
| michelle.novick@saul.com | |
| | *Counsel for Defendant Keystone Quality Transport, Inc.* |
| -and- | |
| Jeffrey C. Hampton | |
| Adam H. Isenberg | |
| A. Mayer Kohn | |
| Centre Square West | |
| 1500 Market Street, 38th Floor | |
| Philadelphia, PA 19102 | |
| Telephone: (215) 972-7777 | |
| jeffrey.hampton@saul.com | |
| adam.isenberg@saul.com | |
| mayer.kohn@saul.com | |
| | |
| *Counsel for Plaintiff* | |

Dated:  May 19, 2022