# KURTZMAN | STEADY, LLC

2 Kings Highway West
Suite 102
Haddonfield, NJ 08033
Phone (856) 428-1060
Fax (609) 482-8011
steady@kurtzmsteady.com

555 City Avenue
Suite 480
Bala Cynwyd, PA 19004
Phone (215) 839-1222
kurtzman@kurtzmansteady.com

MEMBERS OF THE NJ AND PA BAR
MEMBER OF NY BAR*

Jeffrey Kurtzman, Esquire*
Maureen P. Steady, Esquire

June 28, 2022

Via CM/ECF and Electronic Mail

Hon. Mary F. Walrath,
United States Bankruptcy Judge
United States Bankruptcy Court for the District of Delaware
824 North Market Street
5th Floor
Wilmington, DE 19801

    Re:    **Center City Healthcare, LLC d/b/a Hahnemann University Hospital, et al.
Case No. 19-11466 (MFW) (Chapter 11)
Center City Healthcare, LLC, et al. v. Keystone Quality Transport, Inc.
Adv. Pro. No. 21-50903 (MFW)**

Dear Judge Walrath:

    This firm is co-counsel to Keystone Quality Transport, Inc. ("Keystone"), the defendant in the above-referenced adversary proceeding.

    We are pleased to advise the Court that this matter has been resolved. As a result, we are respectfully requesting Your Honor to disregard our letter filed on the adversary docket on June 27, 2022 at D.I. 26, the subject of which is now moot.

    Thank you for your assistance.

                                                                Respectfully yours,

                                                                JEFFREY KURTZMAN

cc:    Jeffrey Carbino, Esquire (via email)
        Michelle Novick, Esquire (via email)
        A. Mayer Kohn, Esquire (via email)
        Keystone Quality Transport, Inc. (via email)